Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 26, 1960

No. 63866.—Alliance Distributors, Inc., et al. v. United States, protests 950444–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63867.—Oldetyme Distillers Corp. et al. v. United States, protests 75999–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63868.—British American Importation Co., Ltd. v. United States, protests 148837–K/1995, 148838–K/2083, and 148839–K/2073 (Chicago).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.